## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02786-MEH

JOHN MEGGS, an Individual, and
ACCESS 4 ALL, INC., a Florida Not for Profit Corporation,

    Plaintiff,

v.

OCEDON RESTAURANT MANAGEMENT, LLC,
a Colorado Limited Liability Company,

    Defendant.

---

### STIPULATION FOR DISMISSAL <u>WITH PREJUDICE</u> UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

---

The parties, by their respective undersigned attorneys, hereby submit this Stipulation for Dismissal with Prejudice under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), D.C.COLO.LCivR 7.1(a). Plaintiffs and Defendant reached a resolution of the above-captioned matter and agreed, among other things to dismiss this action <u>with prejudice</u>,

with each party to bear his or its own costs and attorney's fees.

Dated this 3rd day of April, 2023.

Respectfully submitted,

*/s/ Jon G. Shadinger, Jr.*
Jon G. Shadinger, Jr.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Phone: (609) 319-5399
js@shadingerlaw.com

**ATTORNEYS FOR PLAINTIFFS**
**JOHN MEGGS and ACCESS 4 ALL, INC.**

*/s/ Christopher M. Leh*
Christopher M. Leh
Leh Law Group, LLC
8181 Arista Place, #100
Broomfield, Colorado 80021
Phone: (303) 327-1415
cleh@lehlawgroup.com

**ATTORNEYS FOR DEFENDANT**
**OCEDON RESTAURANT MANAGEMENT, LLC**