IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02786-MEH

JOHN MEGGS and
ACCESS 4 ALL, INC.,

      Plaintiffs,

v.

OCEDON RESTAURANT MANAGEMENT, LLC,

      Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 32. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal") (emphasis added). Each party shall bear their own attorney's fees and costs. No order of dismissal is necessary. The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 4th day of April, 2023.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge